Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JUNE 24, 2015

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA LOUISE CARGILE,<br><br>Defendant. | CR15-206 MJP<br><br>INDICTMENT |

The Grand Jury charges that:

### Count 1
### *(Tampering with Consumer Products)*

On a date or dates unknown, but during the period between December 24, 2013, and February 26, 2014, at Bellingham, within the Western District of Washington, the defendant, AMANDA LOUISE CARGILE, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate and foreign commerce, specifically hydrocodone, a controlled substance, and with the labeling of and container for such product, by opening vials labeled as containing hydrocodone, removing some or all of the hydrocodone tablets therein, and replacing the hydrocodone tablets with another drug or medication,

1  specifically acetaminophen tablets, which are similar in size, color, and shape to
2  hydrocodone tablets.

3       All in violation of Title 18, United States Code, Section 1365(a).

A TRUE BILL:

DATED: 6-24-15

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
Acting United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
ERIN H. BECKER
Assistant United States Attorney

Indictment / *U.S. v. Cargile* - 2