**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Amanda Cargile                    USAO# 2015R00164

X/ MAGISTRATE'S NO. MJ 15-209          _/ DOCKET NO. (If Superseding Indictment) CR

***

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X/ yes   _/ no
IF YES:

    X/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: Appearance Bond

***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

  _/ A DETENTION ORDER HAS BEEN ENTERED.
    *** _/ TEMPORARY DETENTION
    *** _/ PERMANENT DETENTION

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
  _/ SERVING A FEDERAL SENTENCE AT _____
  _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
  _/ PENDING STATE CHARGES AT _____

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                     (Date)
  DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON July 2, 2015    CALENDAR.
                                   (Date)
  DEFENSE ATTORNEY'S NAME: TBD--CJA to appoint
  DEFENSE ATTORNEY'S ADDRESS: _____

IV. CONDITIONS OF RELEASE

  _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                                [e.g., P.R.; BAIL (listing conditions); DETENTION]
  X/ PREVIOUSLY SET, SHOULD BE:
    X/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

HAS THE FPD represented any subject or witness in this case?    _/ Yes   X/ No

THE ESTIMATED TRIAL TIME IS 2-3    TRIAL DAYS.    June 4, 2015
                                                    (Date Form filled out)

(Revised June 2000)