Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00206MJP |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| AMANDA L. CARGILE, | |
| Defendant. | |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of August 24, 2015, until the new trial date of November 2, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//
//
//
//
//

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*Amanda L. Cargile*, CR15-00206MJP.) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued to November 2, 2015, and that pretrial motions shall be filed no later than September 14, 2015.

DONE this 10th day of July, 2015.

_____
Marsha J. Pechman
United States District Judge

Presented by:

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Attorney for Amanda L. Cargile
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*Amanda L. Cargile*, CR15-00206MJP.) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**