The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AMANDA LOUISE CARGILE,<br><br>Defendant. | NO. CR 15-206 RSM<br><br>**ORDER FOR DEFENDANT TO PAY RESTITUTION** |

The Court finds that in conjunction with the defendant's acceptance into the District's Drug Reentry Alternative Model ("DREAM"), defendant Amanda Louise Cargile ("Defendant") signed a plea agreement, dated September 23, 2015, in which Defendant agreed to pay restitution to Lynden Manor in the amount of $722.68, with credit for amounts already paid, that said restitution is due and payable immediately; and that Defendant agreed to commence payment of restitution pursuant to a schedule established by the U.S. Probation Office,

IT IS HEREBY ORDERED that Defendant shall make restitution payments as directed by the U.S. Probation Office during Defendant's participation in the DREAM program with any remaining balance due and payable at such time as Defendant successfully completes the DREAM program or is terminated from such program. Any unpaid amount is to be paid during Defendant's participation in the DREAM program, to the extent of being financially able, in monthly installments as determined and directed

ORDER FOR DEFENDANT TO PAY RESTITUTION
CARGILE/CR15-205 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by U.S. Probation. Interest on the restitution shall be waived. All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to the victim as follows:

Lynden Manor
Attn: Don Fisher, Administrator
RE: Cargile, 12/13-2/14
905 Aaron Drive
Lynden, Washington 98264

IT IS ORDERED that Defendant begin making restitution payments as outlined above immediately.

DATED this 16 day of October, 2015.

_____
The Honorable Ricardo Martinez
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

/s/ Mark Parrent
MARK PARRENT
Assistant United States Attorney


Agreed as to form:

/s/ Jennifer Wellman
JENNIFER WELLMAN
Counsel for Defendant

ORDER FOR DEFENDANT TO PAY RESTITUTION
CARGILE/CR15-205 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970