WA/WD PTS-Summons
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Summons for Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Cargile, Amanda** | July 11, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable Richard A. Jones, U.S. District Judge | 2:15CR00206-1 |
| Original Offense | Date Supervision Commenced |
| Tampering with Consumer Products | May 28, 2015 |

**Bond Conditions Imposed:**

- Submit to drug testing, to include urinalysis or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol or any product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- All employment is subject to approval by Pretrial Services.

- You must provide written verification that your medical doctor(s) is aware of your substance use history.

## PETITIONING THE COURT

☒   To issue a summons

The probation officer believes that the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

1. Amanda Cargile has committed the crime of Driving While License Suspended 3rd Degree, on or about June 27, 2016, in Arlington, Washington, in violation of the standard condition that she not commit a federal, state, or local crime.

The Honorable Richard A. Jones, U.S. District Judge  Page 2 of 2
Petition for Summons for Defendant Under Pretrial Services Supervision  July 11, 2016

2. Amanda Cargile has violated a standard bond condition which states that she shall report any changes to her phone number or address to Pretrial Services within one business day, since on or about June 28, 2016.

**U.S. Probation Officer Recommendation:**
☒   Issue a summons

The U.S. Attorney's Office has been notified of this violation and concurs with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 11th day of July, 2016.

Jennifer Van Flandern
U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Monique D. Neal
Supervising U.S. Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Richard A. Jones, U.S. District Judge

7/12/16
Date