The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-206 RAJ |
|---|---|
| Plaintiff | **ORDER DISMISSING PRETRIAL RELEASE VIOLATION ALLEGATIONS** |
| v. | |
| AMANDA CARGILE, | |
| Defendant. | |

On November 22, 2016, the Court advised the defendant Amanda Cargile of four specific allegations of violations of the conditions of her pretrial release. Ms. Cargile admitted the first allegation, alleging the use of a controlled substance without a prescription, and the fourth allegation, alleging a failure to attend a treatment session on November 17, 2016. Ms. Cargile denied the second and third allegations.

Government and defense counsel agree that the action taken by the Court concerning the admitted allegations is sufficient to address the overall issues concerning Ms. Cargile's compliance with program requirements in November, 2016. Accordingly, the government has requested that the Court dismiss the remaining allegations of the four that were alleged on November 22, 2016.

//

ORDER DISMISSING PRETRIAL VIOLATION ALLEGATIONS
*DAVIS*/CR15-5010RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, good cause appearing, the Court dismisses the second and third allegations of pretrial release violations as alleged on November 22, 2016.

IT IS SO ORDERED.

DATED this 14th day of April, 2017.

_____
RICHARD A. JONES
United States District Judge
DREAM Judicial Officer

Presented by:

_____
MARK PARRENT
Assistant United States Attorney

ORDER DISMISSING PRETRIAL VIOLATION ALLEGATIONS
DAVIS/CR15-5010RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970