WA/WD PTS-NoAction
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Cargile, Amanda** | June 30, 2017 |
| Name of Judicial Officer | Case Number |
| The Honorable Richard A. Jones, United States District Judge | CR15-00206RAJ-001 |
| Original Offense | Date Supervision Commenced |
| Tampering with Consumer Products | May 28, 2015 |

Bond Conditions Imposed:
- Submit to drug testing, to include urinalysis or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol or any product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- All employment is subject to approval by Pretrial Services

- You must provide written verification that your medical doctor(s) is aware of your substance use history.

- **MODIFIED 03/17/2017:** The defendant shall participate as directed in the Department of Corrections Work Crew program as a condition of supervised release or probation. The defendant shall complete 16 hours or until discharged by the U.S. Probation Officer.

## NONCOMPLIANCE SUMMARY
The defendant has not complied with the following conditions of supervision:

**Nature of Noncompliance**
1. Committing the crime of Driving While License Suspended, 3rd Degree, on or about May 11, 2017, in Bellingham, Washington, in violation of the standard condition that she not commit a federal, state, or local crime.

The Honorable Richard A. Jones, United States District Judge  Page 2 of 2
Report on Defendant Under Pretrial Services Supervision  June 30, 2017

**United States Probation Officer Action:**

☒ Reprimand by Probation Officer
☒ The Court ordered at the May 12, 2017, status hearing that Ms. Cargile observe two sentencing hearings.

On May 11, 2017, Ms. Cargile was arrested and cited for Driving While License Suspended, 3rd Degree. Ms. Cargile notified me of her arrest and release from custody the following day. In talking to Ms. Cargile, her license had become suspended when she failed to pay toward fines owed on a local matter. On May 19, 2017, Ms. Cargile appeared in Court and the charges were reduced to No Valid Operator's License, and 14 days of community service was imposed in lieu of additional fines.

The Court and the DREAM Executive Team were notified of Ms. Cargile's arrest the day before her May 12, 2017, DREAM status hearing. The Court ordered Ms. Cargile attend two sentencing hearings in response to this new law violation. Ms. Cargile has complied with this order and is prepared to discuss her experience at the July 7, 2017, status hearing.

Both defense counsel and the Assistant United States Attorney have been notified of the violation and the actions taken by the probation officer.

I respectfully recommend that the Court endorse the actions taken at this time.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 30th day of June, 2017.

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Jerrod F. Akins
Supervising U.S. Probation Officer

Jennifer Van Flandern
U.S. Probation Officer

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

Richard A. Jones, United States District Judge

June 30, 2019
Date